**Order entered June 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00718-CV

**RSL FUNDING, LLC AND
RSL SPECIAL-IV, LIMITED PARTNERSHIP, Appellants**

**V.**

**RICKEY NEWSOME, Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-14580-L**

## ORDER

Appellants' May 26, 2016 motion for leave to file a post-submission brief is **GRANTED**.

The brief tendered along with the motion is deemed filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE